U.S. MAGISTRATE JUDGE
KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS BLACKBURN,

         Plaintiff,

v.

MICHAEL ASTRUE, Commissioner
of Social Security Administration,

         Defendant.

NO.  C07-5387KLS

STIPULATION AND ORDER/JUDGMENT
RE ATTORNEY'S FEES

## STIPULATION

The parties, through their respective counsel, hereby stipulate and agree that the plaintiff should be awarded judgment for attorney's fees in the amount of $2,513.54, and costs in the amount of $17.80 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and 28 U.S.C.§ 1920 for costs.

    Dated this 24th day of June 2008.

/s/ Charles W. Talbot
Charles W. Talbot, WSBA #7448
Attorney for Plaintiff

Approved by phone call 6/24/08
Daphne Banay, WSBA # 21537
Attorney for Defendant

LAW OFFICE OF
TALBOT & ASSOCIATES, P.S.
5005 CENTER STREET, STE. E.
TACOMA, WASHINGTON, 98409
FAX (253) 564-9300
PHONE (253) 566-9300

STIPULATION AND ORDER RE
AWARD OF ATTORNEY'S FEES - 1

ORDER/JUDGMENT

Based upon the foregoing stipulation, and the court agreeing that fees and costs should be awarded under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and that costs should be awarded pursuant to 28 U.S.C. § 1920, good cause having been shown, now, therefore it is hereby

ORDERED, ADJUDGED, AND DECREED that the Commissioner is directed to pay to plaintiff attorney's fees in the sum of $2,513.54 and costs of $17.80 pursuant to 28 U.S.C. § 2412 and 28 U.S.C. § 1920, for a total judgment of $2,531.34.

Dated this 25th day of June 2008.

   Karen L. Strombom
KAREN L. STROMBOM
United States Magistrate Judge

Presented by:

/s/ Charles W. Talbot
Charles W. Talbot WSBA #7448
Attorney for Plaintiff

Approved for entry:

Approved by phone call on 6/24/08
Daphne Banay WSBA # 21537
Attorney for Defendant

STIPULATION AND ORDER RE
AWARD OF ATTORNEY'S FEES - 2

LAW OFFICE OF
TALBOT & ASSOCIATES, P.S.
5005 CENTER STREET, STE. E.
TACOMA, WASHINGTON, 98409
FAX (253) 564-9300
PHONE (253) 566-9300